AO 442 (Rev. 10/95) Warrant for Arrest

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

131333|

**UNITED STATES OF AMERICA**

v.

LONNIE CHARLES DENISON

**WARRANT FOR ARREST**

CASE NUMBER:



2:07 - MJ - 0122    DAD

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment  ___ Information  _X_ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation

charging him or her with (brief description of offenses)

knowingly and willfully damage or attempt to damage the property of an energy facility in an amount that in fact exceeds or would offense had been completed have exceeded $5000.

in violation of Title 18, United States Code, Section(s) 1366

| | |
|---|---|
| Dale A. Drozd | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *Dale A. Drozd* (signature) | |
| Signature of Issuing Officer | April 16, 2007, Sacramento, CA |
| | Date and Location |

Bail fixed at    $ *No Bail Pending Hearing* by _____    Dale A. Drozd

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED  4-18-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  4-18-07 | Sheldon Fong Special Agent | (signature) |

# FILED

APR 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

