UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
April 20, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. Mag 07-0122 DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| LONNIE CHARLES DENISON, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Lonnie Charles Denison, Case No. Mag 07-0122 DAD, Charge Title 18 USC § 1366, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __DAD__   Release on Personal Recognizance

    __X__   Bail Posted in the Sum of $ __50,000.00__

    __X__   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    __X__   (Other) __Pretrial Services Supervision on Conditions. Release to occur 4/23/07 @ 8:30 a.m. to Pretrial Services.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA  on  __April 20, 2007__  at  __3:00__  pm.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal